AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\*\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

GARRETT L. BROWN,

  Plaintiff,    JUDGMENT IN A CIVIL CASE
V.

         CASE NUMBER: 3:08-CV-00635-KJD-GWF

PREMIER CHEMICALS, LLC.,

  Defendants.

  ☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  ☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

  **X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED** that defendant, Premier Chemicals, LLC's, Motion for Summary Judgment [40] [41] is GRANTED.  FURTHER ORDERED that plaintiff, Garrett L. Brown's, Motion for Summary Judgment [43] is DENIED.


| September 30, 2010 | **LANCE S. WILSON** |
|---|---|
| Date | Clerk |
| | /s/   M. Campbell |
| | Deputy Clerk |