1
2
3
4
5
6
7        **UNITED STATES DISTRICT COURT**
8            **DISTRICT OF NEVADA**
9

10  GARRETT L. BROWN,

11      Plaintiff,                Case No. 3:08-CV-635-KJD-DWF

12  v.                         **ORDER**

13  PREMIER CHEMICALS, LLC,

14      Defendant.

15

16        Judgment in this matter was entered in favor of the Defendant on September 30, 2010 (#60).

17  On October 14, 2010, Defendant filed a Bill of Costs (#61).  Currently before the Court is Plaintiff's

18  Motion to Strike Bill of Costs (#67).  Defendant responded (#69) and Plaintiff replied (#72).  The

19  Clerk considered Plaintiff's Objection to the Bill of Costs (#66) and taxed costs against Plaintiff in

20  the amount of $4,273.24 (#75).  The Clerk entered a memorandum regarding the taxation of cost,

21  indicating that he found support for all costs, except those requested for mileage (#76).

22        After considering the motions and the response and reply thereto, the Court finds that the

23  amount taxed by the Clerk is correct.  Plaintiff acknowledges that he was incorrect in his assertion

24  that the Bill of Costs was untimely filed.  The Clerk has declined to tax costs for mileage.  Defendant

25  has adequately demonstrated through invoices and affidavits that the fees incurred for service of

26  process were reasonable.

1    Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Strike Bill of Costs

2  (#67) is **DENIED** and Plaintiff is ordered to pay $4,273.24 as taxed by the Clerk.

3    DATED this 28th day of June 2011.

_____
Kent J. Dawson
United States District Judge