ANTHONY L. HALL, ESQ., NV Bar #5977
ahall@hollandhart.com
DORA V. LANE, ESQ., NV Bar #8424
dlane@hollandhart.com
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone: 775-327-3000
Fax No.:    775-786-6179

Attorneys for Defendant
PREMIER CHEMICALS, LLC.

BRIAN R. MORRIS, ESQ., NV BAR #5431
brmorris@lawforthepeople.com
59 Damonte Ranch Pkwy, B-221
Reno, Nevada 89521
Telephone: 775-323-2800
Fax No.:    775-313-0876

Attorney for Plaintiff
GARRETT BROWN

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GARRETT L. BROWN, | CASE NO.: 3:08-CV-0635-APG-GWF |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |
| vs. | |
| PREMIER CHEMICALS, LLC, | |
| Defendant. | |

IT IS HEREBY STIPULATED between Plaintiff Garrett L. Brown ("Plaintiff") and Defendant Premier Chemicals, LLC ("Defendant"), by and through their designated counsel of record, that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the above-captioned

///
///
///
///
///

matter brought by Plaintiff is dismissed *with prejudice*, with the parties to bear their own costs and attorneys' fees related to this action.

DATED this 1st day of May, 2014.

/s/ Dora V. Lane
ANTHONY L. HALL, ESQ.
DORA V. LANE, ESQ.
HOLLAND & HART, LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone: (775) 327-3000
Facsimile: (775) 786-6179
*Attorneys for Premier Chemicals, LLC*

DATED this 1st day of May, 2014.

/s/ Brian R. Morris, Esq.
BRIAN R. MORRIS, ESQ., NV BAR #5431
59 Damonte Ranch Pkwy, B-221
Reno, Nevada 89521
Telephone: (775) 323-2800
Fax No.: (775) 313-0876

Attorney for Plaintiff
GARRETT BROWN

**ORDER**

**IT IS SO ORDERED.**

Dated: May 1, 2014.

_____
UNITED STATES DISTRICT JUDGE

6069273_2